# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: SOHOL, SHELLY § Case No. 05-28689-BWB
§
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that THOMAS B. SULLIVAN, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
  219 S Dearborn Street
  Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 07/25/2014 in Courtroom      , United States Courthouse, 150 W Jefferson Street
Second Floor
Joliet, IL
.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  06/20/2014          By:  /s/THOMAS B. SULLIVAN, TRUSTEE
                                                    Trustee

THOMAS B. SULLIVAN, TRUSTEE
105 W Madison
Suite 1500
Chicago, IL  60602
(312) 878-4802

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: SOHOL, SHELLY § Case No. 05-28689-BWB
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 150,656.09 |
| *and approved disbursements of* | $ 14,192.03 |
| *leaving a balance on hand of* [1] | $ 136,464.06 |
| **Balance on hand:** | $ 136,464.06 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 136,464.06 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS B. SULLIVAN, TRUSTEE | 10,369.55 | 0.00 | 10,369.55 |
| Charges, U.S. Bankruptcy Court | 250.00 | 0.00 | 250.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 10,619.55 |
| Remaining balance: | $ 125,844.51 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|   |   |   |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 125,844.51 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $247,419.26 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 9 | Department of the Treasury-Internal Revenue Service | 201,499.00 | 0.00 | 93,343.16 |
| 10 | Illinois Department of Revenue | 25,000.00 | 0.00 | 11,581.09 |
| 11P | Laborers Pension Fund & Health & | 20,920.26 | 0.00 | 20,920.26 |

|   |   |   |
|---|---|---|
| Total to be paid for priority claims: | $ | 125,844.51 |
| Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 398,717.21 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Ozinga South Suburban Ready Mix Concrete, Inc. | 81,008.84 | 0.00 | 0.00 |
| 4 | Grundy County Redi-Mix, Inc. | 64,100.45 | 0.00 | 0.00 |
| 5 | SBC - RH Donnelly | 1,940.29 | 0.00 | 0.00 |
| 6 | Super Mix Inc. | 9,052.33 | 0.00 | 0.00 |
| 7 | Card Service Center | 1,273.52 | 0.00 | 0.00 |
| 8 | Altima Homes | 80,000.00 | 0.00 | 0.00 |
| 11U | Laborers Pension Fund & Health & | 161,341.78 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |


Prepared By: /s/THOMAS B. SULLIVAN, TRUSTEE
Trustee

THOMAS B. SULLIVAN, TRUSTEE
105 W Madison
Suite 1500
Chicago, IL 60602
(312) 878-4802

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 05-28689-BWB
Shelly R Sohol                                                            Chapter 7
        Debtor             **CERTIFICATE OF NOTICE**

District/off: 0752-1        User: arodarte            Page 1 of 2              Date Rcvd: Jun 23, 2014
                            Form ID: pdf006           Total Noticed: 51

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 25, 2014.
```
db          +Shelly R Sohol,    12940 S. Shelly Lane,     Plainfield, IL 60585-6712
9602629      AT&T,    PO Box 57907,    Salt Lake City, UT 84157
9602625     +Air Pressure Damp-Proofin,    3102 Tollview,     Rolling Meadows, IL 60008-3782
9602626     +Altima Homes,    30 Pentwater Dr.,    Barrington, IL 60010-9331
9602627     +Associated Radiologist,    Creditors Collection,     PO Box 63,    Kankakee, IL 60901-0063
9602630     +C&H Capital Corp. f/k/a Case Credit,     PO Box 0507,    Carol Stream, IL 60132-0507
9602632     +CDA/Pontiac,    415 E. Main,    Streator, IL 61364-2927
9602633     +Community Orthopaedics,    1240 Essington Rd., #200,     Joliet, IL 60435-8438
9602634     +Creditors Discount,    415 E. Main,    Streator, IL 61364-2927
9602635     +Dr. Kathpalia,    815 N. Larkin,    Joliet, IL 60435-3440
9602637     +Grinnell Mutual Group,    3820  109th St,    Des Moines, IA 50391-9800
9602638     +Grundy County Redi-Mix,    c/o Hanson & Hanson, PC,     PO Box 825,    Morris, IL 60450-0825
9602639      Grundy County Redi-Mix, Inc.,     RTS47&6,    Morris, IL 60450
9602640     +Healthcare Phys.,    PO Box 4448,    Philadelphia, PA 19140-0448
9602642     +HomeEq Servicing/WMC Mortgage Corp.,     c/o Codilis & Assoc.,    15W030 N. Frontage Rd., #100,
              Burr Ridge, IL 60527-6921
9602643     +Ice Mountain,    2767 E. Imperial Highway,     Brea, CA 92821-6713
10559162    +Illinois Department of Revenue,     c/o Illinois Attorney General,
              100 W. Randolph St., 13th Floor,    Chicago, Illinois 60601-3397
9602644      Illinois Department of Revenue Bankruptcy Section,     P.O. Box 64338,    Chicago, IL 60664-0338
9602645      Illinois Dept Employment Security,     401 S. State Street, 4th fl.,     Chicago, IL 60605-1225
9602647     +Jatco Cement, Inc.,    c/o Trustee, Thomas Sullivan, Esq.,     800 Ravinia Pl,
              Orland Park, IL 60462-3850
9602648     +Joliet Sand & Gravel,    2509 Maund Rd.,     Joliet, IL 60436-9028
9602649     +Laborers Pension Fund & Health &,     Welfare Dept./Attn: Patrick Wallace,    53 W. Jackson, #550,
              Chicago, IL 60604-3425
9602650     +Mastercard Card Services,    PO box 9201,     Old Bethpage, NY 11804-9001
9602651     +McCann Industries,    38951 Eagle Way,    Chicago, IL 60678-1389
9602652     +McCann Industries, Inc.,    c/o Nigro & Westfall,     1793 Bloomingdale Rd.,
              Glendale Heights, IL 60139-3800
9602653     +N.M. Tripp Insurance,    PO Box 699,    Oswego, IL 60543-0699
9602655     +Not A Drip Dampproofing,    1516 Glenwood Ave.,     Joliet, IL 60435-5832
9602657     +Ozinga Illinois RMC Inc.,    18825 Old LaGrange,     Mokena, IL 60448-8350
9602658      Ozinga South Suburban Ready Mix Concrete Inc,     c/o Yalden, Olsen & Willette,
              1318 E. State Street,    Rockford, IL 61104-2228
9602659      Pomps Tire,    22635 NE Frontage,    Channahon, IL 60410
9602660     +Provena Home Health,    Creditors Collection,     PO Box 63,    Kankakee, IL 60901-0063
9602664     +RWS Express Corp.,    447 S. Madison,    Oswego, IL 60543-9056
9602661     +Riverside Concrete Pumpin,    PO Box 597,     Brookfield, IL 60513-0597
9602662     +Ruane Construction & Conv.,    8779 Laraway,     Frankfort, IL 60423-9704
9602663     +Ruben Franchini,    Dianne Dimech, Agent,     705 Oakview Ave.,    Joliet, IL 60433-2618
9602665      SBC,    Bill Payment Center,    Chicago, IL 60663
9602666     +SBC - RH Donnelly,    5000 College Blvd,    Suite 201,    Overland Park, KS 66211-1793
9602667      SC ETS,    Med Collection Systems,    Chicago, IL 60604
9602668     +Source 1,    PO Box 159,    Lockport, IL 60441-0159
9602670      Super Mix Inc.,    5435 B 411 Valley, Ste. 130,     Mchenry, IL 60050
9602669     +Super Mix Inc.,    c/o Donald C. Stinespring, Jr., Esq,     PO Box 382,    Richmond, IL 60071-0382
9602671     +The Office Works,    PO Box 173,    Plano, IL 60545-0173
9602672     +United Construction Products,     c/o Nigro & Westfall PC,    1793 Bloomingdale Rd.,
              Glendale Heights, IL 60139-3800
9602674     +VU Niko Cr Svs,    3435 N. Cicero,    Chicago, IL 60641-3782
9602641    ++WACHOVIA BANK NA,    MAC X2303-01A,    1 HOME CAMPUS,    1ST FLOOR,    DES MOINES IA 50328-0001
             (address filed with court: Home Eq,     PO Box 57621,    Jacksonville, FL 32241-7621)
9602675     +Xtreme Conveyor Service,    2175 Griswold Springs,     Sandwich, IL 60548-7052
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
9602628     +E-mail/Text: g20956@att.com Jun 24 2014 00:57:54      AT&T,    P.O. 8229,    Aurora, IL 60572-8229
10504916    +E-mail/Text: bkr@cardworks.com Jun 24 2014 00:55:54      Card Service Center,    PO Box 23356,
              Pittsburgh, PA 15222-6356
9602646      E-mail/Text: cio.bncmail@irs.gov Jun 24 2014 00:56:24
              Department of the Treasury-Internal Revenue Servic,     Centralized Insolvency Operations,
              P O Box 21126,    Philadelphia, PA 19114
9602654     +E-mail/Text: bankrup@aglresources.com Jun 24 2014 00:56:00      Nicor,    PO Box 310,
              Aurora, IL 60507-0310
9602656     +E-mail/Text: bankruptcies@libertymutual.com Jun 24 2014 00:56:53      Ohio Casualty,    PO Box 5001,
              Hamilton, OH 45012-5001
                                                                                              TOTAL: 5
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
District/off: 0752-1          User: arodarte              Page 2 of 2                  Date Rcvd: Jun 23, 2014
                              Form ID: pdf006             Total Noticed: 51

10559153*     Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,   Chicago, IL 60664-0338
9905552*     +Ozinga South Suburban Ready Mix Concrete, Inc.,    c/o Yalden, Olsen & Willette,
               1318 E. State St.,   Rockford, IL 61104-2228
9602631     ##+Cab Services,   60 Barney Dr.,   Joliet, IL 60435-6402
9602636     ##+Excel Waterproofing Servicing,   6662 W. 99th,   Chicago Ridge, IL 60415-1261
9602673     ##+United Construction Products Inc.,   1700 Quincy,   Naperville, IL 60540-4185
                                                                                   TOTALS: 0, * 2, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2014                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 20, 2014 at the address(es) listed below:
              Angela E. Hart    on behalf of Creditor    Altima Homes ahart@mscltdlaw.com
              Arthur W Rummler    on behalf of Trustee Thomas B Sullivan arthur.rummler@gmail.com,
               artrummler@juno.com
              Craig A Willette    on behalf of Creditor    Ozinga South Suburban Ready Mix Concrete, Inc.
               craigwillette@comcast.net
              David E Grochocinski    on behalf of Attorney    InnovaLaw, P.C. lawyers@innovalaw.com,
               lawyers@innovalaw.com
              David P Lloyd    on behalf of Trustee Thomas B Sullivan courtdocs@davidlloydlaw.com
              James R. Mata    on behalf of Creditor    McCann Industries, Inc. jmata@nigrowestfall.com
              James R. Mata    on behalf of Creditor    United Construction Products, Inc. jmata@nigrowestfall.com
              James R. Mata    on behalf of Plaintiff    McCann Industries Inc jmata@nigrowestfall.com
              Jose G Moreno    on behalf of Creditor    Mortgage Electronic Registration Systems, Inc.
               nd-one@il.cslegal.com
              Kent A Gaertner    on behalf of Debtor Shelly R Sohol kgaertner@springerbrown.com,
               kgaertner@springerbrown.com;jkrafcisin@springerbrown.com
              Mark Gryska     mark@nigrowestfall.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Thomas B Sullivan    tsullivan@wfactorlaw.com, IL19@ecfcbis.com;gsullivan@ecf.inforuptcy.com
              William J Factor    on behalf of Trustee Thomas B Sullivan wfactor@wfactorlaw.com,
               wfactorlaw@gmail.com;gsullivan@wfactorlaw.com;gsullivan@ecf.inforuptcy.com;wfactor@ecf.inforuptcy
               .com
                                                                                             TOTAL: 14
```