**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: SOHOL, SHELLY                         § Case No. 05-28689-BWB
                                             §
                                             §
                                             §
Debtor(s)                                    §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    THOMAS B. SULLIVAN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $326,735.00                     Assets Exempt: $17,500.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $125,844.51       Claims Discharged
                                                  Without Payment: $520,291.96

Total Expenses of Administration: $16,546.58

---

    3) Total gross receipts of $ 150,656.09 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 8,265.00 (see **Exhibit 2**), yielded net receipts of $142,391.09 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $43,697.25 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 16,546.58 | 16,546.58 | 16,546.58 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 247,419.26 | 247,419.26 | 125,844.51 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 398,717.21 | 398,717.21 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $706,380.30 | $662,683.05 | $142,391.09 |

4) This case was originally filed under Chapter 7 on July 20, 2005. The case was pending for 115 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/26/2015           By: /s/THOMAS B. SULLIVAN, TRUSTEE
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| NEW YORK LIFE ANNUITY | 1149-000 | 150,654.65 |
| Interest Income | 1270-000 | 1.44 |
| **TOTAL GROSS RECEIPTS** | | **$150,656.09** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| SHELLY R SOHOL | DEBTOR'S EXEMPTION IN PI CASE | 8100-002 | 8,265.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$8,265.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | United Construction Products | 4110-000 | N/A | 30,934.94 | 0.00 | 0.00 |
| 2 | McCann Industries, INc. | 4110-000 | N/A | 12,762.31 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$43,697.25** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS B. SULLIVAN, TRUSTEE | 2100-000 | N/A | 10,369.55 | 10,369.55 | 10,369.55 |
| Clerk Of The U.S. Bankruptcy Court | 2700-000 | N/A | 250.00 | 250.00 | 250.00 |
| INTERNATIONAL SURETIES, | 2300-000 | N/A | 5.68 | 5.68 | 5.68 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Code | | | | |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 13.49 | 13.49 | 13.49 |
| The Bank of New York Mellon | 2600-000 | N/A | 31.78 | 31.78 | 31.78 |
| The Bank of New York Mellon | 2600-000 | N/A | 28.82 | 28.82 | 28.82 |
| The Bank of New York Mellon | 2600-000 | N/A | 27.80 | 27.80 | 27.80 |
| The Bank of New York Mellon | 2600-000 | N/A | 30.61 | 30.61 | 30.61 |
| The Bank of New York Mellon | 2600-000 | N/A | 28.63 | 28.63 | 28.63 |
| The Bank of New York Mellon | 2600-000 | N/A | 30.40 | 30.40 | 30.40 |
| INTERNATIONAL SURETIES, | 2300-000 | N/A | 12.01 | 12.01 | 12.01 |
| The Bank of New York Mellon | 2600-000 | N/A | 27.48 | 27.48 | 27.48 |
| The Bank of New York Mellon | 2600-000 | N/A | 28.35 | 28.35 | 28.35 |
| The Bank of New York Mellon | 2600-000 | N/A | 27.35 | 27.35 | 27.35 |
| The Bank of New York Mellon | 2600-000 | N/A | 31.07 | 31.07 | 31.07 |
| The Bank of New York Mellon | 2600-000 | N/A | 27.23 | 27.23 | 27.23 |
| The Bank of New York Mellon | 2600-000 | N/A | 30.00 | 30.00 | 30.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 43.89 | 43.89 | 43.89 |
| The Bank of New York Mellon | 2600-000 | N/A | 39.56 | 39.56 | 39.56 |
| The Bank of New York Mellon | 2600-000 | N/A | 46.54 | 46.54 | 46.54 |
| The Bank of New York Mellon | 2600-000 | N/A | 42.21 | 42.21 | 42.21 |
| The Bank of New York Mellon | 2600-000 | N/A | 40.72 | 40.72 | 40.72 |
| Rabobank, N.A. | 2600-000 | N/A | 31.47 | 31.47 | 31.47 |
| INTERNATIONAL SURETIES, | 2300-000 | N/A | 19.58 | 19.58 | 19.58 |
| Rabobank, N.A. | 2600-000 | N/A | 27.49 | 27.49 | 27.49 |
| Rabobank, N.A. | 2600-000 | N/A | 28.42 | 28.42 | 28.42 |
| Rabobank, N.A. | 2600-000 | N/A | 31.31 | 31.31 | 31.31 |
| Rabobank, N.A. | 2600-000 | N/A | 30.29 | 30.29 | 30.29 |
| Rabobank, N.A. | 2600-000 | N/A | 27.31 | 27.31 | 27.31 |
| Rabobank, N.A. | 2600-000 | N/A | 202.48 | 202.48 | 202.48 |
| Rabobank, N.A. | 2600-000 | N/A | 212.23 | 212.23 | 212.23 |
| Rabobank, N.A. | 2600-000 | N/A | 207.79 | 207.79 | 207.79 |
| Rabobank, N.A. | 2600-000 | N/A | 236.15 | 236.15 | 236.15 |
| Rabobank, N.A. | 2600-000 | N/A | 190.92 | 190.92 | 190.92 |
| INNOVALAW, PC | 3210-000 | N/A | 2,964.00 | 2,964.00 | 2,964.00 |
| Rabobank, N.A. | 2600-000 | N/A | 220.68 | 220.68 | 220.68 |
| Rabobank, N.A. | 2600-000 | N/A | 204.16 | 204.16 | 204.16 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| INTERNATIONAL SURETIES, | 2300-000 | N/A | 115.06 | 115.06 | 115.06 |
| Rabobank, N.A. | 2600-000 | N/A | 184.08 | 184.08 | 184.08 |
| Rabobank, N.A. | 2600-000 | N/A | 190.29 | 190.29 | 190.29 |
| Rabobank, N.A. | 2600-000 | N/A | 209.70 | 209.70 | 209.70 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $16,546.58 | $16,546.58 | $16,546.58 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9 | Department of the Treasury-Internal Revenue | 5800-000 | N/A | 201,499.00 | 201,499.00 | 93,343.16 |
| 10 | Illinois Department of Revenue | 5800-000 | N/A | 25,000.00 | 25,000.00 | 11,581.09 |
| 11P | Clerk Of The U.S. Bankruptcy Court - Laborers Pension | 5400-002 | N/A | 20,920.26 | 20,920.26 | 20,920.26 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $247,419.26 | $247,419.26 | $125,844.51 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Ozinga South Suburban Ready Mix Concrete, Inc. | 7100-000 | N/A | 81,008.84 | 81,008.84 | 0.00 |
| 4 | Grundy County Redi-Mix, Inc. | 7100-000 | N/A | 64,100.45 | 64,100.45 | 0.00 |
| 5 | SBC - RH Donnelly | 7100-000 | N/A | 1,940.29 | 1,940.29 | 0.00 |
| 6 | Super Mix Inc. | 7100-000 | N/A | 9,052.33 | 9,052.33 | 0.00 |
| 7 | Card Service Center | 7100-000 | N/A | 1,273.52 | 1,273.52 | 0.00 |
| 8 | Altima Homes | 7100-000 | N/A | 80,000.00 | 80,000.00 | 0.00 |
| 11U | Laborers Pension Fund & Health & | 7100-000 | N/A | 161,341.78 | 161,341.78 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $398,717.21 | $398,717.21 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 05-28689-BWB  **Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE
**Case Name:** SOHOL, SHELLY  **Filed (f) or Converted (c):** 07/20/05 (f)
 **§341(a) Meeting Date:** 08/24/05
**Period Ending:** 02/26/15  **Claims Bar Date:** 01/13/06

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   12940 SHELLY LANE, PLAINFIELD | 245,000.00 | 0.00 | | 0.00 | FA |
| 2   CASH ON HAND | 25.00 | 0.00 | | 0.00 | FA |
| 3   HARRIS BANK CHECKING | 100.00 | 0.00 | | 0.00 | FA |
| 4   HARRIS BANK SAVINGS | 110.00 | 0.00 | | 0.00 | FA |
| 5   HOUSEHOLD GOODS | 800.00 | 0.00 | | 0.00 | FA |
| 6   WEARING APPAREL | 400.00 | 0.00 | | 0.00 | FA |
| 7   MISC. JEWELRY | 300.00 | 0.00 | | 0.00 | FA |
| 8   NEW YORK LIFE | 80,000.00 | 0.00 | | 0.00 | FA |
| 9   NEW YORK LIFE ANNUITY | 28,000.00 | 28,000.00 | | 150,654.65 | FA |
| 10  100% STOCK IN DEFUNCT BUSINESS | 0.00 | 0.00 | | 0.00 | FA |
| 11  POSSIBLE INCOME TAX RETURNS FOR 2003 | Unknown | Unknown | | 0.00 | FA |
| Int INTEREST (u) | Unknown | N/A | | 1.44 | FA |
| 12  **Assets Totals** (Excluding unknown values) | **$354,735.00** | **$28,000.00** | | **$150,656.09** | **$0.00** |

**Major Activities Affecting Case Closing:**

UNCLAIMED FUNDS PAID TO CLERK; TDR TO FOLLOW

PREPARING TO BEGIN COLLECTION OF ANNUITY IN 2010; EXPECT FINAL PAYMENT IN 2013; FINAL ANNUITY PAYMENT RECEIVED; WORKING ON CLAIM RESOLUTIONS; FINAL REPORT TO FOLLOW;

**Initial Projected Date Of Final Report (TFR):** December 31, 2015  **Current Projected Date Of Final Report (TFR):** June 20, 2014 (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 05-28689-BWB  
**Case Name:** SOHOL, SHELLY  
**Taxpayer ID #:** **-***7367  
**Period Ending:** 02/26/15  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******13-65 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/30/10 | {9} | NEW YORK LIFE INS CO | ANNUITY PAYMENT | 1149-000 | 7,037.30 | | 7,037.30 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.29 | | 7,037.59 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 7,037.64 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 7,037.69 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 7,037.74 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 7,037.79 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 7,037.84 |
| 02/15/11 | 1001 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2011 FOR CASE #05-28689, Bond# 016026455 | 2300-000 | | 5.68 | 7,032.16 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 7,032.21 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 7,032.26 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 7,032.31 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 7,032.36 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 7,032.41 |
| 07/28/11 | {9} | NEW YORK LIFE INS CO | ANNUITY PAYMENT | 1149-000 | 7,037.30 | | 14,069.71 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 14,069.76 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 13.49 | 14,056.27 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 14,056.37 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 32.26 | 14,024.11 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -0.48 | 14,024.59 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 14,024.69 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 28.82 | 13,995.87 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 13,995.97 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 27.80 | 13,968.17 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 13,968.27 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 30.61 | 13,937.66 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 13,937.76 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 28.63 | 13,909.13 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 13,909.23 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 30.40 | 13,878.83 |
| 02/14/12 | 1002 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2011 FOR CASE #05-28689, BOND#016026455/Feb 1, 2012 thru Feb 1, 2013 | 2300-000 | | 12.01 | 13,866.82 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 27.48 | 13,839.34 |

Subtotals :   $14,076.04   $236.70

{} Asset reference(s)

Printed: 02/26/2015 03:28 PM    V.13.21

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 05-28689-BWB  
**Case Name:** SOHOL, SHELLY  
**Taxpayer ID #:** **-***7367  
**Period Ending:** 02/26/15  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******13-65 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 28.35 | 13,810.99 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 27.35 | 13,783.64 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 31.07 | 13,752.57 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 27.23 | 13,725.34 |
| 07/30/12 | {9} | NEW YORK LIFE INS CO | ANNUITY PAYMENT | 1149-000 | 7,037.30 | | 20,762.64 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 30.00 | 20,732.64 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 43.89 | 20,688.75 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 39.56 | 20,649.19 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 46.54 | 20,602.65 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 42.21 | 20,560.44 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 40.72 | 20,519.72 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033018088 20130103 | 9999-000 | | 20,519.72 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 21,113.34 | 21,113.34 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 20,519.72 | |
| | | | **Subtotal** | | 21,113.34 | 593.62 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$21,113.34** | **$593.62** | |

{} Asset reference(s)   Printed: 02/26/2015 03:28 PM   V.13.21

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| | |
|---|---|
| **Case Number:** 05-28689-BWB | **Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180) |
| **Case Name:** SOHOL, SHELLY | **Bank Name:** The Bank of New York Mellon |
| | **Account:** ****-******13-66 - Checking Account |
| **Taxpayer ID #:** **-***7367 | **Blanket Bond:** $5,000,000.00  (per case limit) |
| **Period Ending:** 02/26/15 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)                                                                                   Printed: 02/26/2015 03:28 PM    V.13.21

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 05-28689-BWB  
**Case Name:** SOHOL, SHELLY  
**Taxpayer ID #:** **-***7367  
**Period Ending:** 02/26/15  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6665 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 20,519.72 | | 20,519.72 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.47 | 20,488.25 |
| 02/13/13 | 11003 | THOMAS B. SULLIVAN | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2012 FOR CASE #05-28689, Bond #016026455 Voided on 02/13/13 | 2300-000 | | 19.58 | 20,468.67 |
| 02/13/13 | 11003 | THOMAS B. SULLIVAN | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2012 FOR CASE #05-28689, Bond #016026455 Voided: check issued on 02/13/13 | 2300-000 | | -19.58 | 20,488.25 |
| 02/13/13 | 11004 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2012 FOR CASE #05-28689, bond#016026455 | 2300-000 | | 19.58 | 20,468.67 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.49 | 20,441.18 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.42 | 20,412.76 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.31 | 20,381.45 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.29 | 20,351.16 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.31 | 20,323.85 |
| 07/01/13 | {9} | NEW YORK LIFE INS COMPANY | ANNUITY PAYMENT | 1149-000 | 122,505.45 | | 142,829.30 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 202.48 | 142,626.82 |
| 08/08/13 | {9} | NY LIFE INSURANCE COMPANY | ANNUITY PAYMENT | 1149-000 | 7,037.30 | | 149,664.12 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 212.23 | 149,451.89 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 207.79 | 149,244.10 |
| 10/23/13 | 11005 | SHELLY R SOHOL | DEBTOR'S EXEMPTION IN PI CASE | 8100-002 | | 8,265.00 | 140,979.10 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 236.15 | 140,742.95 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 190.92 | 140,552.03 |
| 12/10/13 | 11006 | INNOVALAW, PC | FEES TO TRUSTEE'S COUNSEL | 3210-000 | | 2,964.00 | 137,588.03 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 220.68 | 137,367.35 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 204.16 | 137,163.19 |
| 02/03/14 | 11007 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2013 FOR CASE #05-28689, BOND#016026455 | 2300-000 | | 115.06 | 137,048.13 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 184.08 | 136,864.05 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 190.29 | 136,673.76 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 209.70 | 136,464.06 |
| 07/28/14 | 11008 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $10,369.55, Trustee Compensation;  Reference: | 2100-000 | | 10,369.55 | 126,094.51 |

Subtotals : $150,062.47   $23,967.96

{} Asset reference(s)

Printed: 02/26/2015 03:28 PM   V.13.21

Exhibit 9

## Form 2

### Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 05-28689-BWB | | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|---|
| Case Name: | SOHOL, SHELLY | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******6665 - Checking Account |
| Taxpayer ID #: | **-***7367 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 02/26/15 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/28/14 | 11009 | Clerk Of The U.S. Bankruptcy Court | Dividend paid 100.00% on $250.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 250.00 | 125,844.51 |
| 07/28/14 | 11010 | Laborers Pension Fund & Health & | Dividend paid 100.00% on $20,920.26; Claim# 11P; Filed: $20,920.26; Reference: Stopped on 01/05/15 | 5400-000 | | 20,920.26 | 104,924.25 |
| 07/28/14 | 11011 | Department of the Treasury-Internal Revenue Service | Dividend paid 46.32% on $201,499.00; Claim# 9; Filed: $201,499.00; Reference: | 5800-000 | | 93,343.16 | 11,581.09 |
| 07/28/14 | 11012 | Illinois Department of Revenue | Dividend paid 46.32% on $25,000.00; Claim# 10; Filed: $25,000.00; Reference: | 5800-000 | | 11,581.09 | 0.00 |
| 01/05/15 | 11010 | Laborers Pension Fund & Health & | Dividend paid 100.00% on $20,920.26; Claim# 11P; Filed: $20,920.26; Reference: Stopped: check issued on 07/28/14 | 5400-000 | | -20,920.26 | 20,920.26 |
| 01/05/15 | 11013 | Clerk Of The U.S. Bankruptcy Court | UNCLAIMED FUNDS | 5400-002 | | 20,920.26 | 0.00 |
| | | | ACCOUNT TOTALS | | 150,062.47 | 150,062.47 | $0.00 |
| | | | Less: Bank Transfers | | 20,519.72 | 0.00 | |
| | | | Subtotal | | 129,542.75 | 150,062.47 | |
| | | | Less: Payments to Debtors | | | 8,265.00 | |
| | | | NET Receipts / Disbursements | | $129,542.75 | $141,797.47 | |

| | |
|---|---|
| Net Receipts : | 150,656.09 |
| Less Payments to Debtor : | 8,265.00 |
| Less Other Noncompensable Items : | 20,920.26 |
| Net Estate : | $121,470.83 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ****-******13-65 | 21,113.34 | 593.62 | 0.00 |
| Checking # ****-******13-66 | 0.00 | 0.00 | 0.00 |
| Checking # ******6665 | 129,542.75 | 141,797.47 | 0.00 |
| | $150,656.09 | $142,391.09 | $0.00 |

{} Asset reference(s)                              Printed: 02/26/2015 03:28 PM    V.13.21